Submitted on record and briefs April 7, reversed May 31, 2006

In the Matter of Naomi Roxann Young,
Alleged to be a Mentally Ill Person.

## STATE OF OREGON,
*Respondent,*

*v.*

## NAOMI ROXANN YOUNG,
*Appellant.*

0506-66659; A129328

136 P3d 76

Lance D. Perdue filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Stacey RJ Guise, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman and Ortega, Judges.

PER CURIAM

**PER CURIAM**

In this mental commitment case, appellant contends that the evidence in the record is insufficient to establish that she is presently unable to provide for her own basic needs because of her mental disorder. ORS 426.005(1)(d). The state concedes that the evidence does not establish the grounds for the order of commitment that was entered in this case. On *de novo* review, we agree and accept the concession.

Reversed.